IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **OSCAR G. PEREZ,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO.: CV- |
| | ) |
| **SUSHIVILLAGE AL INC.,** | ) |
| | ) |
| **Defendant.** | ) |

**COMPLAINT**

**I.   INTRODUCTION**

1. This is an action for declaratory judgment, equitable relief, and money damages instituted to secure the protection and redress the deprivation of rights secured through The Fair Labor Standards Act, 29 U.S.C. §203 et seq., as amended and the Family Medical Leave Act of 1993, 29 U.S.C. §2601 et seq.  Plaintiff also seeks attorneys' fees and costs.

**II.   JURISDICTION and VENUE**

2. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1331.

3. The events that serve as the basis of Plaintiff's claim occurred in Jefferson County, Alabama, within the two years preceding the filing of Plaintiff's Complaint.

4. Venue is proper pursuant to 28 U.S.C. § 1391.

**III.   PARTIES**

5. Plaintiff Oscar G. Perez is over the age of nineteen and a resident of Alabama.

6. Sushivillage AL Inc. is an employer as defined by the Fair Labor Standards Act.

7. Sushivillage AL Inc. is an employer as defined by the Family Medical Leave Act.

Oscar G. Perez
Complaint
Page 2 of 4

_____

**IV.     FACTS and CAUSES OF ACTION**

8.      Plaintiff worked for Sushivillage AL Inc. from 2018 to September 2021 as a cook and dishwasher.

9.      Throughout his employment with Sushivillage AL Inc., Plaintiff worked in excess of 40 hours per week for an average of 60 hours per week.

10.     Sushivillage AL Inc. never paid Plaintiff overtime for the hours Plaintiff worked in excess of 40 hours per week during the course of his employment.

11.     In September 2021, Plaintiff had gastric cancer which required chemotherapy.

12.     In September 2021, Sushivillage AL Inc. terminated Plaintiff's employment when Plaintiff requested intermittent leave to receive chemotherapy for gastric cancer.

**COUNT I**

13.     Sushivillage AL Inc. failed/refused to pay Plaintiff overtime wages for hours worked in excess of 40 hours per week from April 2019 through September 2021 in violation of the overtime provisions of the Fair Labor Standards Act.

WHEREFORE, Plaintiff seeks a judgment against Sushi Village for lost wages and liquidated damages for 20 hours per week of overtime from April 2019 through September 2021.

**COUNT II**

14.     Sushivillage AL Inc. terminated Plaintiff's employment in retaliation for Plaintiff requesting intermittent leave to receive chemotherapy treatments in violation of the Family Medical Leave Act.

_____

WHEREFORE, Plaintiff seeks a judgment against Suchi Village for lost wages, interest, and liquidated damages for all lost wages from September 2021 to the disposition of this matter.

## V.   PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays that this Court will take jurisdiction over this action and after a trial on the merits:

- A.   Issue a declaratory judgment that the Defendant has violated the rights of the Plaintiff as secured by the Fair Labor Standards Act and the Family Medical Leave Act;

- B.   Grant Plaintiff a permanent injunction enjoining the Defendants, their agents, successors, employees, attorneys, and those acting in concert with Defendants and at the Defendants' request from continuing to violate Plaintiff's federally protected rights;

- C.   Enter an Order requiring the Defendants to make the Plaintiff whole by awarding Plaintiff lost wages, interest, and liquidated damages;

- D.   Plaintiff further prays for such other relief and benefits as the cause of justice may require including, but not limited to an award of costs, attorneys' fees, and expenses.

Respectfully submitted,

Scott A. Gilliland
ASB-6604-l67s

Oscar G. Perez
Complaint
Page 4 of 4

_____

Law Office of Scott Gilliland
400 Vestavia Parkway, Suite 100
Vestavia Hills, AL 35216
Telephone: 205-978-8800
E-mail:  scott@scottgilliland.net

**Defendant's Address:**

Sushivillage AL Inc.
c/o Rong Yang
7001 Crestwood Boulevard, Suite 606
Birmingham, AL 35210